FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00295-CR

Joshua **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4739
Honorable Jefferson Moore, Judge Presiding

# O R D E R

After this court's granted Appellant's first, second, and third motions for extensions of time to file the brief, Appellant's brief was due on January 20, 2023.

On January 24, 2023, Appellant filed a final motion for an extension of time to file the brief and the brief. Appellant's motion is GRANTED. The brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court